No. 222.   CITIZENS BANK & TRUST CO., ADMINISTRA-
TOR, *v.* UNITED STATES.   United States Court of Appeals
for the District of Columbia Circuit.   Certiorari denied.
*Camden R. McAtee* for petitioner.   *Solicitor General
Rankin, Assistant Attorney General Doub* and *Paul A.
Sweeney* for the United States.

No. 226.   NEW MEXICO EX REL. GRINNELL COMPANY
ET AL. *v.* MACPHERSON, DISTRICT COURT JUDGE.   Su-
preme Court of New Mexico.   Certiorari denied.   *Pearce
C. Rodey* for petitioners.   *James R. Modrall* and *James
E. Sperling* for respondent.

No. 230.   TAMARKIN *v.* SELECTIVE SERVICE SYSTEM,
LOCAL DRAFT BOARD #47, MIAMI, FLORIDA, ET AL.   C. A.
5th Cir.   Certiorari denied.   *Leonard Edward Abel* for
petitioner.   *Solicitor General Rankin, Assistant Attorney
General Olney* and *Beatrice Rosenberg* for respondents.

No. 232.   BROWN & ROOT, INC., ET AL., DOING BUSI-
NESS AS LOUISIANA BRIDGE CO., *v.* ARCHER ET AL.   C. A.
5th Cir.   Certiorari denied.   *Ben H. Powell, Jr., Howard
W. Lenfant* and *Jerre S. Williams* for petitioners.   *Horace
R. Alexius, Jr.* for respondents.

No. 233.   PUTNAM TOOL CO. ET AL. *v.* UNITED STATES.
Court of Claims.   Certiorari denied.   *Charles D. Hamel,
Lee I. Park, K. Martin Worthy* and *Fuller Holloway*
for petitioners.   *Solicitor General Rankin, Assistant
Attorney General Doub* and *Melvin Richter* for the
United States.